UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| WILLIAM AND SUSAN MOSCA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:15-cv-000266-JDL |
| | ) | |
| | ) | |
| YANKEE PUBLISHING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 14) with the court on November 25, 2015, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired December 15, 2015, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

In their Opposition to Yankee Publishing's Motion to Dismiss (ECF No. 12), the plaintiffs requested leave to amend their Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2), in order to allege with more particularity the existence of an express, one-time agreement to publish a literary work titled "I Would Like to Own and Operate an Old-Fashioned County Inn, Like the Center Lovell Inn." ECF No. 12 at 8. The Magistrate Judge recommended that I grant this request. ECF No. 14 at 1.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 14) is hereby **ADOPTED,** and the plaintiffs' request for leave to

amend their Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) is **GRANTED**.  The plaintiffs shall file an amended complaint within 10 days of this order adopting the Magistrate Judge's recommendation, or else their complaint will be dismissed with prejudice.

    **SO ORDERED.**

    Dated:  December 21, 2015


                                                                     /s/ Jon D. Levy
                                                                **U.S. DISTRICT JUDGE**